erly served upon him. It was not such service as the Code contemplates, which is to notify a party that an action is thereby commenced. The order directed him to show cause why alimony and counsel fee should not be granted. Such order presupposed that the action had already been commenced; otherwise, the court had no jurisdiction to make the order. This was the only notice given. Service in this way could hardly do otherwise than mislead a party, the very thing the statute directing service was designed to prevent. I think the court was without jurisdiction to make the order appealed from, and for that reason it should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

CLARKE, J., concurs.

DIETRICH v. DIETRICH. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Katie Dietrich against Michael Dietrich. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 112 N. Y. Supp. 968.

DILCHER, Respondent, v. NELLANY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January, 6, 1909.) Action by Jacob Dilcher against Michael Nellany.

PER CURIAM. Judgment affirmed, with costs. See, also, 52 Misc. Rep. 364, 102 N. Y. Supp. 264.

KRUSE, J., dissents.

DI PRIMA, Respondent, v. CONSUMERS' BREWING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Guiseppe Di Prima, as administrator, against the Consumers' Brewing Company. G. C. Fox, for appellant. L. B. Cohen, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, as against the weight of evidence as to the defendant's negligence and as to the contributory negligence of the custodian of plaintiff's intestate. Order filed.

LAUGHLIN, J., dissents.

DITTMAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Annie Dittman against the City of New York. T. Connoly, for appellant. M. Gukor, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence as to the hole being independent of the catch-basin in the street in front of the sewer. Order filed. See, also, 58 Misc. Rep. 52, 110 N. Y. Supp. 40.

PATTERSON, P. J., dissents.

DONALDSON, Respondent, v. LUNA PARK CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by John Donaldson against the Luna Park Company. No opinion. Judgment and order unanimously affirmed, with costs.

DONNELLY, Appellant, v. HUGHES, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Michael Donnelly, as executor, etc., of Margaret Simpson, deceased, against Mary Hughes. No opinion. Judgment affirmed, with costs.

DOYLE, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Frank P. Doyle against the New York City Railway Company. B. H. Ames, for appellant. T. C. McDonald, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DREW, Appellant, v. SANFORD, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by John S. Drew against Lucy Sanford. No opinion. Judgment and order unanimously affirmed, with costs.

DUCKOFF v. RUHE. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Isadore Duckoff against Bernard Ruhe. No opinion. Motion granted, with $10 costs. Order filed.

DUCKOFF v. RUHE. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Isadore Duckoff against Bernard Ruhe. No opinion. Motion denied, with $10 costs. Settle order on notice.

DUMBLE v. EHRMAN et al. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Appeal from Trial Term, New York County. Action by Edwin Dumble against Mary Ehrman, impleaded. From an order granting a motion to vacate an order for examination of the named defendant before trial, plaintiff appeals. Reversed, with directions. E. A. Freshman, for appellant. M. Esberg, for respondent.

PER CURIAM. The order appealed from must be reversed, with $10 costs and disbursements, and the motion to vacate the order for the examination of the defendant denied; the examination, however, to be limited to the issues raised by the allegations contained in the second paragraph of the complaint, and the denial thereof by the defendant.

DUNCAN, Respondent, v. NASSAU ELECTRIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Lorenzo Duncan against the Nassau Electric Railroad Company and another. No opinion. Motion for reargument granted, and case set down for Tuesday, March 2, 1909. For former opinion, see 127 App. Div. 252, 111 N. Y. Supp. 210.

EAGAN, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by Delia Eagan, as administratrix of John Eagan, deceased, against the Edison Elec-

tric Illuminating Company of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re EAST 179th ST. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of East 179th street. No opinion. Adjourned to first Friday of January term.

---

EBBITT, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by George Ebbitt against Edward F. Milliken and another. H. C. Smyth, for appellant. J. V. Bouvier, for respondents. No opinion. Judgment and order affirmed, with costs, on 103 App. Div. 211, 92 N. Y. Supp. 1033. Order filed.

---

EBBITT v. MILLIKEN. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by George Ebbitt against Edward F. Milliken. No opinion. Motion denied, with $10 costs. Order filed.

---

EHKABENDZAK, Respondent, v. BRIDGE-PORT BRASS CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by George Ehkabendzak against the Bridgport Brass Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re EIDT. (Supreme Court, Appellate Division, First Department. January 8, 1909.) In the matter of Jacob Eidt, deceased. No opinion. Decree affirmed, with costs. Order filed.

---

EISELE v. WRIGHT et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Frederick Eisele against Frank Marion Wright, individually and as sole executor, etc., of J. Frank Wright, deceased, and others. No opinion. Order affirmed, with costs.

---

ELLIS, Respondent, v. HOME TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Albert M. Ellis against the Home Telephone Company. No opinion. Judgment affirmed, with costs.

---

In re ELMSFORD REAL ESTATE CO. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) In the matter of the application of the Elmsford Real Estate Company for the drainage of certain lands in the valley of the Sawmill river in the town of Greenbaugh, Westchester county, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

---

EMRICH, Plaintiff, v. SERPE et al., Defendants. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Ac

tion by John Emrich against Joseph Serpe and another. No opinion. Motion for stay denied, with costs.

---

ERBER, Appellant, v. OPPENHEIMER, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Emil Erber against Adolph Oppenheimer. J. L. Linehan, for appellant. S. Wasserman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ERFF, Respondent, v. ERFF, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Mary M. Erff against Charles Erff. N. W. Kerngood, for appellant. F. W. Burr, for respondent. No opinion. Order modified, so as to reduce alimony to $10 a week, and counsel fee to $50, and, as modified, affirmed, without costs. Settle order on notice.

---

ERNST, Respondent, v. WHEATLEY, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Moritz L. Ernst against Edward M. Wheatley. A. L. Davis, for appellant. B. M. L. Ernst, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

E. T. BURROWES CO., Appellant, v. CAPLIN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the E. T. Burrowes Company against Stephen Caplin. No opinion. Order of the Municipal Court reversed, with costs, on the ground of laches, and judgment reinstated, with costs.

---

EVERETT, Respondent, v. VILLAGE OF WAVERLY, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Elijah H. Everett, as administrator of the goods, chattels, and credits of Dorcas A. Everett, deceased, against the Village of Waverly. No opinion. Judgment and order unanimously affirmed, with costs.

---

FAHEY v. LYNCH. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Mary Fahey against Thomas F. Lynch. No opinion. Motion granted. Settle order on notice.

---

FANNING, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Patrick Fanning against the Standard Oil Company of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

FAREWELL, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division,